IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM WEIKEL, Individually, and as the Administrator of the Estate of MARGARET WEIKEL<br><br>vs.<br><br>NEWELL RUBBERMAID, INC., and MIRRO COMPANY, a division of Newell Rubbermaid, Inc. | CIVIL ACTION NO. 04-3828 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41, regarding dismissal of the above action, plaintiff, William Weikel, individually, and in his own right, and in his capacity as the Administrator of the Estate of Margaret Weikel, and defendants, Mirro Company, a division of Newell Operating Company (improperly pled as Mirro Company, a division of Newell Rubbermaid, Inc.) and Newell Rubbermaid, Inc., by and through their counsel of record, hereby agree and stipulate that the above-captioned matter has been settled and that this instant action is dismissed with prejudice.

David Brenner, Esquire
Howard, Brenner, & Nass, P.C.
1608 Walnut Street, Suite 1700
Philadelphia, PA 19103
Attorney for Plaintiff,
Wiliam Weikel, Individually, and as the
Administrator of the Estate of Margaret
Weikel

Stefanie Fogel, Esquire
DLA Piper
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Attorney for Defendants, Mirro
Company, a division of Newell
Operating Company, and Newell
Rubbermaid, Inc.